UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE:

    MITCHELL STEIN                    Chapter 13
    and SUSAN M. STEIN           Case No.:13-23989-RDD

                Debtors.


**ORDER PURSUANT TO 11 U.S.C. Sec. 362(d)**
**<u>MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. Sec. 362(a)</u>**

      WHEREAS, JPMorgan Chase Bank, N.A., (the "Creditor") is the owner of a 2010 Subaru Impreza VIN #JF1GH6B67AH818359 being leased by debtors (the "Property"), and

      WHEREAS, the lease by its terms has expired and debtors do not wish to exercise the buyout option under the lease, and after due deliberation and sufficient cause appearing therefore, it is hereby

      STIPULATED AND AGREED, that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and it is further

      STIPULATED AND AGREED that the Creditor shall promptly report and turn over to the chapter 13 trustee any surplus monies realized by any sale of the Property.


It is SO ORDERED this 9th day of January, 2014

                                                          /s/Robert D. Drain
                                                          Hon. Robert D. Drain
                                                          U.S. Bankruptcy Judge

Approved:


/s/ H. Bruce Bronson Jr.
H. Bruce Bronson, Jr. Esq.
Attorney for debtors


/s/ Deborah Schaal
Deborah Kall Schaal Esq.
Attorney for JPMorgan Chase Bank, N.A.